IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No. 13-cv-01072-RBJ

HEIDI CLICK,

    Plaintiff,

v.

JOHN PAUL LUPORI, M.D., D.D.S.,

    Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS ORDERED that, at the conclusion of the trial on July 18, 2014, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 18th day of July, 2014.

BY THE COURT:

_____
R. Brooke Jackson, U.S. District Judge

APPROVED AS TO FORM:

| _____ | _____ |
|---|---|
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |